UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| CONVERSE INC., | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No.<br>) 1:14-cv-05979-SLT-RER<br>) |
| FORTUNE DYNAMIC, INC., | )<br>)<br>)<br>) |
| Defendant. | ) Jury Trial Demanded |

**STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in view of an agreement reached between Plaintiff, Converse Inc., ("Converse") and Defendant, Fortune Dynamic, Inc. ("Fortune Dynamic"), Converse and Fortune Dynamic hereby stipulate to dismissal of this action in its entirety without prejudice, with each party will bear its own costs, expenses, and attorneys' fees for the dismissed claims and counterclaims.

Dated: July 23, 2015                                      Respectfully submitted,

/s/ Stephen M. Ankrom                                    /s/Kieran G. Doyle
―――――――――――――――                                      ―――――――――――――――
Robert L. Powley (RP 7674)                               Kieran G. Doyle
James M. Gibson (JG 9234)                                Cowan, Liebowitz & Latman, P.C.
Stephen M. Ankrom (SA 5375)                              1133 Avenue of the Americas
POWLEY & GIBSON, P.C.                                    New York, NY 10036-6799
304 Hudson Street – Suite 202                            Telephone: (212) 790-9200
New York, NY 10013                                       Facsimile: (212) 575-0671
Telephone: (212) 226-5054                                kgd@cll.com
Facsimile: (212) 226-5085
rlpowley@powleygibson.com                                ***Attorney for Defendant Fortune Dynamic,***
jmgibson@powleygibson.com                                ***Inc.***
smankrom@powleygibson.com

Christopher J. Renk (pro hac vice)
Erik S. Maurer (pro hac vice)
Michael J. Harris (pro hac vice)
Katherine Laatsch Fink (pro hac vice)
Audra C. Eidem Heinze (pro hac vice)
Aaron P. Bowling (pro hac vice)
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001
crenk@bannerwitcoff.com
emaurer@bannerwitcoff.com
mharris@bannerwitcoff.com
kfink@bannerwitcoff.com
aheinze@bannerwitcoff.com
abowling@bannerwitcoff.com

***Attorneys for Plaintiff, Converse Inc.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) was filed by ECF and served on counsel of record.

                                                                     /s/ Stephen M. Ankrom